UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Leonila Cruz

                        Plaintiff,

v.                                                    Case No.: 1:15−cv−04100
                                                    Honorable Samuel Der−Yeghiayan

Apple Villa II, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2015:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held. Counsel appeared and reported to the Court that the parties have reached a resolution. Based upon counsels' representations, the instant action is hereby dismissed without prejudice to move for reinstatement within 30 days. In the event no party moves to reinstated within 30 days, the dismissal shall become a dismissal with prejudice at that time. Civil case terminated. Mailed notice (mw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.